UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  14-61706-CIV-MORENO**

MAXIMO RAMOS ARANGO,

Plaintiff,

vs.

MR. SERGEANT BUTLER, *et al.,*

Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Complaint **(D.E. No. 1)**, filed on **July 25, 2014**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 4)** on **August 21, 2014**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 4)** on  is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that Plaintiff's Application to Proceed *In Forma Pauperis* is DENIED and the complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g). In his objections, the Plaintiff states that he did not request his complaint be categorized as *in forma pauperis*.  The Plaintiff, however, has not paid the filing fee in this case. Accordingly, it is proper to analyze his complaint under the rubric of 28 U.S.C. § 1915.  The Court agrees with the Report and Recommendation that it is proper to dismiss this case without prejudice under 28 U.S.C. § 1915(g).

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of September, 2014.

_____

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record